IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO,

       Petitioner,

v.                                        CIV 14-0844 KBM/SMV

DIANNA J. DURAN, in her capacity
as Secretary of State of New Mexico,

       Respondent,
and Concerning

MAGGIE TOULOUSE OLIVER, in her capacity
as County Clerk of the County of Bernalillo,

       Interested Party.

*and*

STATE OF NEW MEXICO EX REL. GERALDINE SALAZAR
AND THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SANTA FE,

       Petitioners,

                                        Case No. 1:14-cv-00848 KK-RHS

v.

THE HONORABLE DIANNA J. DURAN, in her official
capacity as SECRETARY OF STATE FOR THE STATE
OF NEW MEXICO,

       Respondent.

# ORDER CONSOLIDATING CASES

THIS MATTER HAVING COME BEFORE THE COURT upon the parties' Stipulated Motion to Consolidate pursuant to Federal Rule of Civil Procedure 42(a)(2) and the Court otherwise being adequately informed of the premises,

1

IT IS NOW, THEREFORE, ORDERED that these matters are hereby consolidated with the case styled, *The Board of County Commissioners of the County of Bernalillo v. Dianna J. Duran, in her official capacity as New Mexico Secretary of State and Concerning Maggie Toulouse Oliver, in her official capacity as County Clerk of the County of Bernalillo,* U.S. District Court for the District of New Mexico, Case No. 14-cv-00844.

Date:   September 18, 2014

_____
Karen B. Molzen
UNITED STATES CHIEF MAGISTRATE JUDGE

APPROVED:

SANTA FE COUNTY ATTORNEY'S OFFICE

By: *approved by Maureen Sanders 09/18/14*
    Gregory S. Shaffer
    Santa Fe County Attorney
    Email:  gshaffer@santafecountynm.gov

Maureen A. Sanders
Sanders & Westbrook, P.C.
102 Granite Ave. NW
Albuquerque, NM  87102-2310
Telephone:  (505) 243-2243
Facsimile:   (505) 243-2750
Email:  m.sanderswestbrook@qwestoffice.net

Attorneys for Petitioners Geraldine Salazar and the Board of County Commissioners of the County of Santa Fe

APPROVED:

DOUGHTY, ALCARAZ & deGRAAUW, P.A.

By: */s/ Robert M. Doughty, III*
    Robert M. Doughty, III
    William W. Wirkus
20 First Plaza NW, Suite 412
Albuquerque NM 87102
Telephone:  (505) 242-7070
Attorneys for Respondent Secretary of State